**GREGORY P. WONG (SBN: 204502)**
**SOHEIL BAHARI (SBN: 297162)**
**LYFE LAW, LLP**
864 S. Robertson Blvd., 3rd Floor
Los Angeles, CA 90035
Telephone: 888.203.1422
Facsimile: 888.203.1424
Email: GregW@lyfe.com
       SoheilB@lyfe.com

**Attorneys for Plaintiff**
**Christina Napolis, an Individual**

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA NAPOLIS, an Individual, | **CASE NO.: 2:25-CV-03300-DC-AC** |
| Plaintiff, | **FIRST AMENDED COMPLAINT FOR:** |
| vs. | 1. **Disability Discrimination (FEHA)** |
| AMAZON.COM SERVICES LLC, a Delaware Limited Liability Company; and DOES 1 through 100, inclusive, | 2. **Failure to Accommodate Disability (FEHA)** |
| Defendants. | 3. **Wrongful Termination In Violation of Public Policy** |
| | **[UNLIMITED CIVIL]** |
| | **[JURY TRIAL DEMANDED]** |

Plaintiff Christina Napolis (hereinafter "Plaintiff" or "Plaintiff Christina Napolis") alleges and states as follows:

## THE PARTIES

1. At all times relevant herein, Plaintiff was, and is, an individual who maintained a residence in the City of Stockton, County of San Joaquin, State of California.

2. Plaintiff is informed and believes, and based thereon alleges, that at all times relevant herein, Defendant Amazon.com Services LLC (hereinafter "Defendant" or "Defendant Amazon"), was, and is a Delaware Limited Liability Company with principal place of business at

410 Terry Avenue North, Seattle, WA 98109.  Defendant Amazon touts itself as one of the world's largest technology companies engaged in e-commerce, cloud computing, online advertising, digital streaming and artificial intelligence.  During the period of time relevant to this Action, Plaintiff worked at Defendant's Stockton, California location located at 3923 S B St, Stockton, CA 95206.

3. Plaintiff is unaware of the true names and capacities of Defendants named herein as DOES 1 through 100, inclusive, and therefore sues these Defendants by such fictitious names. Plaintiff will amend this Complaint to allege such names and capacities when the same has been ascertained.  Plaintiff is informed and believes, and based thereon alleges, that each of the fictitiously named Defendants stated herein bears a legal responsibility to Plaintiff similar to that of the named Defendant herein.

4. At all times mentioned herein, Defendants DOES 1 through 100, inclusive, were the agents, servants, and employees of their Co-Defendants, and in doing the things herein alleged were acting in the scope of their authority as such agents, servants, and employees, and with the permission and consent of their Co-Defendants.

## JURISDICTION AND VENUE

5. This Court has jurisdiction over this action and the matters alleged herein pursuant to the grant of original jurisdiction set forth in Article VI, Section 10 of the California Constitution.  The statutes under which this action is brought do not specify any other basis for jurisdiction.

6. This Court has jurisdiction over Defendant, because, upon information and belief, Defendant is either a citizen of California, has sufficient minimum contacts in California, or otherwise intentionally avails itself of the California market so as to render the exercise of jurisdiction over it by this Court consistent with traditional notions of fair play and substantial justice.

7. Venue is proper in this Court, because, upon information and belief, the named Defendant resides, transacts business, or has offices in this county, and the acts or omissions alleged herein took place in this county.

8. This matter is properly considered an unlimited matter as Plaintiffs damages exceed $35,000.00 and Plaintiff seeks injunctive relief.

9. Plaintiff hereby demands a trial by jury.

## FACTS COMMON TO ALL CAUSES OF ACTION

10. Plaintiff was employed by Defendant Amazon as an hourly full-time non-exempt employee working as a Fulfillment Associate at Defendant's Stockton, CA location. Plaintiff's job duties consisted of preparing orders, palletizing and sorting items, etc. Plaintiff was hired in June of 2019 and she continued to be employed by Defendant through November 23, 2024 when her employment was involuntarily terminated. Plaintiff alleges in this action that she was denied essential workers' rights under the California Labor Code and was unlawfully terminated in violation of the California Fair Employment and Housing Act.

11. Throughout her employment with Defendant, Plaintiff suffered from physical disabilities and had medical conditions impacting her musculoskeletal system that limited her in the daily life activities of lifting, pushing, pulling, walking and working.

12. In December 2023, Plaintiff's back and hip gave out and she was placed on unpaid medical leave of absence and returned to work with no restrictions in January 2024.

13. Plaintiff performed her duties until April of 2024, when her spinal and hip pain returned forcing her to undergo injections to the affected areas. In June of the same year, the MRI of her spine revealed multi-level discs in Plaintiff's neck and a cyst in her mid-back. Plaintiff was placed on restrictions to work on light duty assignments. The light duty restrictions were not followed by the Defendant. When inquired about lack of accommodation, Defendant's supervisor stated that they could not see Plaintiff's doctor's note on their portal. Thereafter, she was placed on lighter tasks.

14. In August of 2024, Plaintiff had to take one-week off to give care to her father. Upon her return, Defendant retaliated against her by placing her back on full duty until September/October 2024, when Plaintiff was placed with the other disabled agents performing group physical tasks.

15. On or about November 8, 2024, Plaintiff was placed on suspension for one week, when her words to another co-worker were taken out of context to wrongfully suggest that she made a threat of physical harm.

16. On or about November 17, 2024, Plaintiff was placed back on schedule, but when she requested the paperwork concerning her suspension, she was notified that she was terminated.

17. At all relevant times above, Plaintiff notified Defendant of her medical disability and restrictions and provided the Defendant with all the paperwork evidencing her needed accommodation and restrictions.

18. Plaintiff is informed and believes, and based thereon alleges, that Defendant did not want to be saddled with an employee who might miss time because of medical disability. To achieve that goal, Plaintiff believes and thereupon alleges that Defendant used an exaggerated claim of an alleged verbal threat to terminate her employment. Plaintiff is informed and believes, and based thereon alleges, that her disability and the burden of accommodating her disability were substantial motivating factors in Defendant's decision to terminate her employment under the guise of violation of the Defendants' Security Standards of Conduct due to the aforementioned alleged verbal threat.

## FIRST CAUSE OF ACTION

**(Disability Discrimination in Violation of FEHA**

**Against all Defendant)**

19. Plaintiff refers to and incorporates all prior paragraphs herein as though fully set forth herein.

20. Plaintiff alleges that Defendant failed to reasonably accommodate her physical disability as required under the California Fair Employment and Housing Act, Gov. Code section 12490, et. Seq. ("FEHA"). At all times relevant to this Action, Defendant was a covered "Employer" for purposes of the California Fair Employment and Housing Act.

21. At all times relevant to this Action, Plaintiff was an "Employee" of Defendant for purposes of the California Fair Employment and Housing Act.

22. Plaintiff is informed and believes, and based thereon alleges that Plaintiff suffered

from suffered from physical disabilities and had medical conditions impacting her musculoskeletal system that limited her in the daily life activities of lifting, pushing, pulling, walking and working.

23. Defendant involuntarily terminated Plaintiff's employment on or about November 23, 2024.

24. Plaintiff is informed and believes and based thereon alleges that her medical disability was a substantial motivating reason for Defendant's decision to terminate her employment.

25. Plaintiff is informed and believes, and based thereon alleges, that as a direct and proximate result of the acts alleged herein, Plaintiff has suffered and continues to suffer economic detriment and monetary damages, including, but not limited to, loss of wages, salary, bonuses, and benefits, including, but not limited to, retirement savings, life, and medical/health insurance, and prejudgment interest in an amount to be determined at trial.

26. Plaintiff is informed and believe, and based thereon alleges, that as a further direct and proximate result of the acts alleged herein, Plaintiff has suffered and continue to suffer substantial embarrassment, extreme and severe humiliation, mental anguish, emotional and physical distress, pain and suffering, and has been generally damaged in an amount to be determined at trial.

27. Plaintiff is informed and believe, and based thereon alleges, that Defendant willfully engaged in the conduct alleged herein with malice, fraud, and oppression, without excuse or justification, and with the specific intent to injure Plaintiff for an improper and evil motive which constitutes a malicious and conscious disregard of Plaintiff's rights. By reason thereof, Plaintiff is entitled to an award of exemplary and punitive damages against Defendant sufficient to punish and deter Defendant from engaging in such conduct in the future in an amount to be determined at trial.

28. As a direct result of the conduct of Defendant as set forth above, Plaintiff was forced to incur substantial attorney's fees and costs which are recoverable under California Government Code section 12965(b).

///

///

**SECOND CAUSE OF ACTION**

**(Failure to Reasonably Accommodate Disability in Violation of FEHA**

**Against all Defendant)**

29. Plaintiff refers to and incorporates all prior paragraphs herein as though fully set forth herein.

30. Plaintiff alleges that Defendant failed to reasonably accommodate her physical disability as required under the California Fair Employment and Housing Act, Gov. Code section 12490, et. Seq. ("FEHA"). At all times relevant to this Action, Defendant was a covered "Employer" for purposes of the California Fair Employment and Housing Act.

31. At all times relevant to this Action, Plaintiff was an "Employee" of Defendant for purposes of the California Fair Employment and Housing Act.

32. Plaintiff is informed and believes, and based thereon alleges that Plaintiff suffered suffered from physical disabilities and had medical conditions impacting her musculoskeletal system that limited her in the daily life activities of lifting, pushing, pulling, walking and working.

33. Plaintiff was able to perform the essential duties of her position as an hourly non-exempt employee with reasonable accommodation for her physical disability. Specifically, Plaintiff needed and requested intermittent leave.

34. Plaintiff is informed and believes, and based thereon alleges that Defendant was aware of her medical disability and requests for disability accommodations.

35. Defendant failed to provide reasonable accommodation for Plaintiff's medical disability.

36. Plaintiff is informed and believes, and based thereon alleges, that as a direct and proximate result of the acts alleged herein, Plaintiff has suffered and continues to suffer economic detriment and monetary damages, including, but not limited to, loss of wages, salary, bonuses, and benefits, including, but not limited to, retirement savings, life, and medical/health insurance, and prejudgment interest in an amount to be determined at trial.

37. Plaintiff is informed and believe, and based thereon alleges, that as a further direct and proximate result of the acts alleged herein, Plaintiff has suffered and continue to suffer

1  substantial embarrassment, extreme and severe humiliation, mental anguish, emotional and
2  physical distress, pain and suffering, and has been generally damaged in an amount to be
3  determined at trial.

4      38. Plaintiff is informed and believe, and based thereon alleges, that Defendant willfully
5  engaged in the conduct alleged herein with malice, fraud, and oppression, without excuse or
6  justification, and with the specific intent to injure Plaintiff for an improper and evil motive which
7  constitutes a malicious and conscious disregard of Plaintiff's rights.  By reason thereof, Plaintiff is
8  entitled to an award of exemplary and punitive damages against Defendant sufficient to punish and
9  deter Defendant from engaging in such conduct in the future in an amount to be determined at trial.

10     39. As a direct result of the conduct of Defendant as set forth above, Plaintiff was forced
11 to incur substantial attorney's fees and costs which are recoverable under California Government
12 Code section 12965(b).

### THIRD CAUSE OF ACTION

**(Wrongful Termination in Violation of Public Policy**

**Against all Defendant)**

16     40. Plaintiff refers to and incorporates herein by reference all prior paragraphs alleged
17 in this Complaint.

18     41. During the period of time relevant to this action, Plaintiff was employed by
19 Defendant.

20     42. On or about November 17, 2024, Defendant involuntarily terminated Plaintiff's
21 Employment following Plaintiff's suspension allegedly due to an alleged verbal threat. Plaintiff is
22 informed and believes, and based thereon alleges, that her disability and the burden of
23 accommodating her disability were substantial motivating factors in Defendant's decision to
24 terminate her employment under the guise of violation of the defendants' Security Standards of
25 Conduct due to the aforementioned alleged verbal threat.

26     43. At all times relevant to this action, the Fair Employment and Housing Act (Gov.
27 Code section 12940, et seq. articulated, codified, and restated the public policy of the State of
28 California.  Plaintiff is informed and believes, and based thereon alleges, that her attempts to

exercise her right to a reasonable disability accommodation was a substantial motivating reason for her discharge.

44. Plaintiff is informed and believes, and based thereon alleges, that as a direct, substantial, and proximate result of the acts alleged herein, Plaintiff has suffered and continues to suffer economic detriment and monetary damages, including, but not limited to, loss of wages, salary, bonuses, and benefits, including, but not limited to, retirement savings, life, and medical/health insurance, and prejudgment interest in an amount to be determined at trial.

45. Plaintiff is informed and believe, and based thereon alleges, that as a further direct, substantial, and proximate result of the acts alleged herein, Plaintiff has suffered and continue to suffer substantial embarrassment, extreme and severe humiliation, mental anguish, emotional and physical distress, pain and suffering, and has been generally damaged in an amount to be determined at trial.

46. Plaintiff is informed and believe, and based thereon alleges, that Defendant willfully engaged in the conduct alleged herein with malice, fraud, and oppression, without excuse or justification, and with the specific intent to injure Plaintiff for an improper and evil motive which constitutes a malicious and conscious disregard of Plaintiff's rights.  By reason thereof, Plaintiff is entitled to an award of exemplary and punitive damages against Defendant sufficient to punish and deter Defendant from engaging in such conduct in the future in an amount to be determined at trial.

47. As a direct result of the conduct of Defendant as set forth above, Plaintiff was forced to incur substantial attorney's fees and costs which are recoverable under California Government Code section 12965(b).

WHEREFORE, Plaintiff prays for judgment against Defendants, and each of them, jointly and severally, as follows:

**ON THE FIRST CAUSE OF ACTION (DISABILTY DISCRIMINATION):**

1. That the Court declare, adjudge, and decree that all Defendants violated the Fair Employment and Housing Act;
2. For lost wages and benefits and other monetary relief in an amount to be determined at trial;

3. For compensatory damages, including emotional distress damages, in an amount to be determined at trial;

4. For general and special damages in an amount to be determined at trial; and

5. For punitive damages in an amount to be determined at trial.

**ON THE SECOND CAUSE OF ACTION (FAILURE TO ACCOMMODATE DISABILITY):**

1. That the Court declare, adjudge, and decree that all Defendants violated the Fair Employment and Housing Act;

2. For lost wages and benefits and other monetary relief in an amount to be determined at trial;

3. For compensatory damages, including emotional distress damages, in an amount to be determined at trial;

4. For general and special damages in an amount to be determined at trial; and

5. For punitive damages in an amount to be determined at trial.

**ON THE THIRD CAUSE OF ACTION (WRONGFUL TERMINATION):**

1. That the Court declare, adjudge, and decree that all Defendants terminated Plaintiff in violation of public policy;

2. For lost wages and benefits and other monetary relief in an amount to be determined at trial;

3. For compensatory damages, including emotional distress damages, in an amount to be determined at trial;

4. For general and special damages in an amount to be determined at trial; and

5. For punitive damages in an amount to be determined at trial.

**AS TO ALL CAUSES OF ACTION:**

1. For an award of reasonable attorneys' fees, costs, expert costs, and expenses

1 | pursuant to statutory and common law; and

2. For such other and further relief as this Court may deem just, fair, and proper.

DATED: November 26, 2025

Respectfully Submitted,
**LYFE LAW, LLP**

__/s/ *Soheil Bahari*_____
Gregory P. Wong
Soheil Bahari
Attorneys for Plaintiff
Christina Napolis